IN THE UNITED STATES DISTICT COURT

FOR THE DISTICT OF PUERTO RICO

| | | |
|---|---|---|
| WILLIAM WILSON, | \| | CIVIL NO. 22-1537 (ADC) |
| PLAINTIFF | \| | |
| V. | \| | |
| LumaPR, LLC, | \| | |
| DEFENDANT | \| | |

COMPLAINT

I. DISTRICT COURT JURISDICTION

The Defendant is known to have transferred its pending state court complaints into District Court.

II. PARTIES

Plaintiff resides at URB Rubianes, 10C.Rafael Hernandez, Aguadilla, PR 00603-5708.

Defendant business office, 1110 Ponce de Leon, Pda. 16 ½, Edif. NEOS – Oifc. 607, San juan, PR 00907

III. Claim

Power utility was advised of overvoltage in early 2020 (dba PREPA). After Defendant took over as operator, requests for maintenance continued while no reciprocal feedback followed. Defendant assigned work requisition number without reasonable follow up. In August 2021, overvoltage was reported as cause for electronic and ISP damages inside Plaintiff home. Plaintiff's insurance denied claim with reference to power utility liability in this context. In November 2021, Defendant assigned property damage claim and stated its Claims would determine resolution. Defendant persisted in same practice of no follow up. Meaning, other staff refused to confirm or deny status for Plaintiff. In August 2022, the Defendant repaired transformer. Its supervisory staff reiterated no regard for open claim.

IV. Relief

Court is asked to order Defendant to directly reimburse Plaintiff for his reported losses (~$2500) and order Defendant to publish contact information for claimants to receive appropriate consideration for claims. Plaintiff asks Court to compel Defendant to disclose executive contact details for follow up.

William Wilson
URB Rubianes
10 C Rafael Hernandez
AGUADILLA, PR 00603-5708
520.333.7383/voice
404.848.7352/fax (no cover pg)
iamwrw@yahoo.com