THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**William Wilson,**
**Plaintiff**
    v.

**LUMA PR, LLC,**
**Defendant**

Civil No. 22-1537 (ADC)

**JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, U. S. District Judge, issued an Opinion and Order on February 7, 2023.

Therefore, pursuant to the Court's Opinion and Order at ECF No. [6], judgment is hereby entered. The motion to proceed *in forma pau peris* at ECF No. [1] is **GRANTED**. However, the complaint at ECF No. [2] is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Consequently, plaintiff's motion to appoint counsel at ECF No. [3] is **DENIED**.

**IT IS SO ORDERED AND ADJUDGED,**

In San Juan, Puerto Rico, on this 7th day of February 2023.

        AGNES L. FERRER-AUFFANT, ESQ.
        Acting Clerk of Court

        By: S/Génesis Y. Rivera-Soto
        Génesis Y. Rivera-Soto, Deputy Clerk